UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| BRIAN T. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:23-CV-7-JEM |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons and to the extent stated in the Memorandum Opinion entered contemporaneously herewith, the Court **DENIES** Plaintiff's Motion for Judgment Based on the Administrative Record [Doc. 15] and **SUSTAINS** the decision of the Commissioner.

**IT IS SO ORDERED.**

ENTER:

_____
Jill E. McCook
United States Magistrate Judge

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT